UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVIN M. HALL,<br><br>    Defendant. | Case No. 6:22-po-00626-HBK<br><br>ORDER APPOINTING COUNSEL<br><br>(Doc. No. 7) |

Before the Court is the Office of the Federal Public Defender's (FPD) motion, brought on behalf of the Defendant, seeking appointment of counsel. (Doc. No. 7). Defendant, under oath, sworn or affirmed his financial inability to employ counsel or has otherwise satisfied the Court that he is financially unable to obtain counsel and requests counsel be appointed. (Doc. No. 8).

Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 7 ) is GRANTED. Griffin Estes of the FPD is appointed to represent the above defendant. This appointment shall remain into effect under further order.

Dated:    January 3, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE