# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 6:22-po-00626- HBK |
| DEVIN M. HALL | ) |
| | ) |
| *Defendant* | ) |

**ORDER TO PAY
AND PLACEMENT ON UNSUPERVISED PROBATION
WITH CONDITIONS
JUDGMENT DEFERRED**

The defendant having pled guilty to an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall inform the court and, if represented by counsel, your counsel within 7 days of being cited, charged, or arrested.

Date:  4/19/2023

/s/ Helena Barch-Kuchta
**Helena Barch-Kuchta**
*United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete 30 hours of community service by 2/19/2024.
2. The defendant shall abstain from the use or possession of any controlled substances unless prescribed for te defendant's use by a licensed medical doctor.
3. The defendant shall pay a $200.00 fine and a $10.00 special assessment for a total fine obligation of $210.00. The $10.00 special assessment is due within 10 days. The balance of the fine is due by 2/19/2024

   > CENTRAL VIOLATIONS BUREAU
   > PO BOX 780549
   > San Antonio, TX 78278
   > 1-800-827-2982-or-
   > Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

4. The defendant shall submit to 3 random drug tests, to be completed at his own expense. The first test shall be completed within 48 hours of today's date. The remaining tests shall be completed at least two months apart but no more than three months from the date of the previous tests. Testing shall be completed within 48 hours of notification from the Yosemite Legal Officer.
5. The defendant shall complete post plea booking within 7 days at the US Marshals Office in Fresno.
6. The defendant is ordered to personally appear for Probation Review Hearings on 11/14/2023 and 3/12/2024, at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta. Two weeks before each Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" attached to this judgment and available on the court webpage. (See Defendant's Probation Review Status Report -attached)

# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| Click here to enter text., | ) ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**

**Sentence Date:**   Click here to enter a date.

**Review Hearing Date:**  Click here to enter a date.

**Probation Expires On:** Click here to enter a date.

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☐    **Monetary Fines & Penalties in Total Amount of:**  $          which Total Amount is made up of a
     Fine: $        Special Assessment: $        Processing Fee: $ Choose an item. Restitution: $

☐    Payment schedule of $         per month by the          of each month.

☐    **Community Service hours Imposed of:**

☐    **Other Conditions:**

### *COMPLIANCE:*

☐    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

   **Otherwise:**

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

         If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    To date, Defendant has paid a total of $
     ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                                              Amount:

☐    To date, Defendant has performed Click here to enter text.  hours of community service.

☐    Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## *GOVERNMENT'S POSITION:*

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at    Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: Click here to enter a date.

_____
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____

_____
**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge

CAED (Fresno)- Misd. 6 (Rev. 11/2014)